UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-cr-00204-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JEFFREY GRADY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jeffrey Grady; Case 2:15-cr-00204-GEB from custody and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $25,000.00: co-signed by defendant's wife Samantha Grady

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions;

Issued at Sacramento, CA on   10/8/2015   at   2:20  .

By _____
Kendall J. Newman
United States Magistrate Judge