**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:     (916) 395-4423
Email:    greglaw@jps.net

Attorney for Jeffrey Grady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      vs.<br><br>CHRISTOPHER M. GRADY,<br>JEFFREY S. GRADY,<br>TOSH BABU, and<br>JACOB W. COOK<br><br>                              Defendant(s). | Case No.:    2:15-CR-00204-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE: October 13, 2016<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Matthew Morris; and defendant Jeffrey Grady, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for October 13, 2016 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to November 17, 2016 at 9:30 a.m., and to exclude time between October 13, 2016 and November 17, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

    a.    The government has provided defense counsel with the discovery associated with this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available. Approximately 200 pages were recently disclosed and counsel needs additional time to review these materials. Additionally, the other defendants are on calendar on the new proposed date.

    b.    Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues.

    c.    Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case.

    d.    Additionally, the defendant is currently in the process of being treated for a concerning medical issue. The details of that illness and treatment regime have been shared with the plaintiff. Defendant requests additional time to focus on this concerning medical issue and plaintiff does not object on that basis.

    e.    The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

//
//
//
//
//

**IT IS SO STIPULATED.**

DATED: October 11, 2016                                PHILLIP TALBERT
                                                       Acting United States Attorney

                                                        /s/ Matthew Morris
                                                       MATTHEW MORRIS
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff United States


DATED: October 11, 2016

                                                        /s/ Gregory W. Foster
                                                       GREGORY W. FOSTER
                                                       Attorney for Defendant Jeffrey Grady


## ORDER

IT IS SO ORDERED.

Dated: October 11, 2016                                _____
                                                       Troy L. Nunley
                                                       United States District Judge