**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:     (916) 395-4423
Email:   greglaw@jps.net

Attorney for Jeffrey Grady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JEFFREY S. GRADY,<br><br>            Defendant. | Case No.:   2:15-CR-00204-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE:  April 27, 2017<br>TIME: 9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

### STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Matthew Morris; and defendant Jeffrey Grady, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for April 27, 2017 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to June 15, 2017 at 9:30 a.m., and to exclude time between April 27, 2017 and June 15, 2017 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

b. Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues. Defense counsel recently received additional discovery that is a repeat of prior discovery but in a more readable and useable format that defense counsel needs to review with his client.

c. Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on June 15, 2017, and that it find excludable time from April 27, 2017 to June 15, 2017 through and including the June 15, 2017 status conference.

d. Additionally, the defendant is currently in the process of being treated for a concerning medical issue. The details of that illness and treatment regime have been shared with the plaintiff. Defendant requests additional time to focus on this concerning medical issue and plaintiff does not object on that basis.

e. The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

//

**IT IS SO STIPULATED.**

DATED: April 25, 2017                                        PHILLIP TABLERT
                                                             United States Attorney

                                                             /s/ Matthew Morris

|   |   |
|---|---|
|   | MATTHEW MORRIS<br>Assistant United States Attorney<br>Attorney for Plaintiff United States |

DATED: April 25, 2017

                                          /s/ Gregory W. Foster
                                         GREGORY W. FOSTER
                                         Attorney for Defendant Jeffrey Grady

**ORDER**

IT IS SO ORDERED.

Dated: April 26, 2017

                                         Troy L. Nunley
                                         United States District Judge

Stipulation and Order Continuing Status
*U.S. v. Grady*