PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-204-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JEFFREY S. GRADY, | DATE: August 17, 2017
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 17, 2017.

2. By this stipulation, the parties now move to continue the status conference until September 21, 2017, at 9:30 a.m., and to exclude time between August 17, 2017, and September 21, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery in this case includes more than 2,000 pages of reports and documents, including a spreadsheet which contain thousands of entries. The spreadsheet, which was recently created by the IRS, contains information that is relevant to the parties' calculation of potential losses and relevant conduct. All of this discovery has been either produced directly

to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review the evidence and discuss potential resolution of the case with the defendant.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2017 to September 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 15, 2017                          PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ MATTHEW G. MORRIS
                                                MATTHEW G. MORRIS
                                                Assistant United States Attorney

Dated: August 15, 2017        /s/ GREG FOSTER
                              GREG FOSTER
                              Counsel for Defendant
                              JEFFREY S. GRADY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of August, 2017.

_____
Troy L. Nunley
United States District Judge