Bruce Locke (#177787)

Moss & Locke

4359 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Jeffrey Grady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 2:15-CR-204 TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR SEPTEMBER 21, 2017 TO DECEMBER 14, 2017 AT 9:30 A.M.** |
| JEFFREY GRADY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Jeffrey Grady, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for September 21, 2017 should be continued to December 14, 2017 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 21, 2017 through December 14, 2017.

The reason for the continuance is that defense counsel has only recently been appointed and he needs additional time to review the discovery and to conduct investigation.

Additionally, the continuance is necessary to ensure continuity of counsel. Accordingly, the time between September 21, 2017 and December 14, 2017 should

1

be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris has authorized Mr. Locke to sign this pleading for him.

DATED: September 14, 2017          /s/ Bruce Locke  
                                   BRUCE LOCKE  
                                   Attorney for Jeffrey Grady

DATED: September 14, 2017          /s/ Bruce Locke  
                                   For MATTHEW MORRIS  
                                   Attorney for the United States

    The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between September 21, 2017 and December 14, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

    IT IS SO ORDERED.  
DATED: September 14, 2017

_____  
Troy L. Nunley  
United States District Judge