Bruce Locke (#177787)

Moss & Locke

4359 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Jeffrey Grady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>JEFFREY GRADY,<br><br>        Defendants. | No. 2:15-CR-204 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR DECEMBER 14, 2017 TO JANJUARY 18, 2018 AT 9:30 A.M.** |

    IT IS HEREBY STIPULATED AND AGREED between the defendant, Jeffrey Grady, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for December 14, 2017 should be continued to January 18, 2018 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from December 14, 2017 through January 18, 2018.

    The reason for the continuance is that defense counsel has only recently received a full set of the discovery and he needs additional time to review the discovery and to conduct investigation.

    Additionally, the continuance is necessary to ensure continuity of counsel. Accordingly, the time between December 14, 2017 and January 18, 2018 should be

1

excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris has authorized Mr. Locke to sign this pleading for him.

DATED: December 11, 2017 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Jeffrey Grady

DATED: December 11, 2017 /s/ Bruce Locke
For MATTHEW MORRIS
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between December 14, 2017 and January 18, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: December 11, 2017

_____
Troy L. Nunley
United States District Judge