Bruce Locke (#177787)

Moss & Locke

4359 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Jeffrey Grady

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>     v.<br><br>JEFFREY GRADY,<br><br>            Defendants. | No. 15-CR-204 TLN<br><br>**STIPULATION ANDORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 18, 2018 TO FEBRUARY 22, 2018 AT 9:30 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Jeffrey Grady, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Morris, that the status conference presently set for January 18, 2018 should be continued to February 22, 2018 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from January 18, 2018 through February 22, 2018.

The reason for the continuance is that undersigned counsel has resigned from the Federal Defenders Panel and additional time is needed for the attorney selected by the Federal Defender to prepare and file a substitution of attorney. New defense counsel will then need time to review the discovery and to discuss a schedule with Mr. Morris.

1

Additionally, the continuance is necessary to ensure continuity of counsel. Accordingly, the time between January 18, 2018 and February 22, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Morris has authorized Mr. Locke to sign this pleading for him.

DATED: January 16, 2018 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Jeffrey Grady

DATED: January 16, 2018 /s/ Bruce Locke
For MATTHEW MORRIS
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between January 18, 2018 and February 22, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: January 16, 2018_____

_____
UNITED STATES DISTRICT JUDGE