1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

   Attorneys for Plaintiff
6  United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-CR-0204-TLN |
   |----------------------------------|---------------------------|
12 |                    Plaintiff,    | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
   |          v.                      | |
13 |                                  | |
   | JEFFREY SCOTT GRADY,             | |
14 |                                  | |
   |                    Defendant.    | |
15

16

17                            **STIPULATION**

18      1.      Defendant Jeffrey Scott Grady filed a motion for reduction in sentence and

19 compassionate release on June 22, 2020. Docket No. 203. Pursuant to Local Rule 430.1(d), briefs in

20 opposition to a motion are due within seven days following service of the motion brief. Pursuant to

21 Local Rule 430.1(e), replies to such oppositions are due within three days following service of the

22 opposition brief. Pursuant to Local Rule 430.1(f), the parties may move for an extension of time.

23 /

24 /

25 /

26 /

27 /

28 /

1  2. The parties desire additional time for briefing on defendant's motion. Accordingly, by
2 this stipulation, the parties now move that:

3  a) The government's opposition or response to defendant's motion, Docket No. 203,
4 be due on July 8, 2020;

5  b) The defense reply, if any, will be due on July 16, 2020; and

6  c) Counsel for the defendant does not oppose this request.

8  IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  June 24, 2020

*/s/* Tanya B. Syed
TANYA B. SYED
Assistant United States Attorney

Dated:  June 24, 2020                /s/ Tasha P. Chalfant
TASHA P. CHALFANT
Counsel for Defendant Jeffrey Scott Grady

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

   a) The government's opposition or response to defendant's motion, Docket No. 203, is due on July 8, 2020;

   b) The defense reply, if any, will be due on July 16, 2020.

IT IS SO ORDERED.

DATED: June 25, 2020

Troy L. Nunley
United States District Judge